# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Ave, Ste 106
Livingston, New Jersey 07039

\*    Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and Oh

mfc@caseybarnett.com
Direct: 646-362-8919

July 22, 2020

*Via ECF*

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The initial pretrial conference, currently scheduled for July 30, 2020, is ADJOURNED to **August 13, 2020, at 10:40 a.m.**
>
> Dated: July 23, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:  ***Beazley Furlonge Ltd. et al.
v. MSC Mediterranean Shipping Co. S.A.***
20 cv 03354 (LGS)
Our Ref: 132-08

Dear Honorable Judge Schofield:

We represent the plaintiff in the referenced matter. We note that the Court has scheduled the initial Rule 16 Conference for July 30, 2020 at 10:40 am pursuant to the Court's Order dated June 5, 2020 (Docket no. 7).

The attorneys for the parties herein respectfully request that Your Honor adjourn the conference for two weeks to permit the parties the opportunity to finalize a settlement agreement currently being discussed.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin Casey*
Martin F. Casey

cc:   Mark A. Beckman, Esq            *via email*       mbeckman@grsm.com
      James A. Marissen, Esq          *via email*       jmarissen@grsm.com